

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Keith Bechurn Taylor, Appellant

No. 06-23-00233-CR          v.

The State of Texas, Appellee

Appeal from the 124th District Court of Gregg County, Texas (Tr. Ct. No. 49011-B). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find there was partial error in the bill of costs and judgment of the court below. Therefore, we modify the bill of costs by striking the following costs totaling $1,250.00: (1) Attorney Fee - $425.00, (2) DC-Time Payment Fee - $25.00, and (3) Fine - $800.00. We also modify the trial court's judgment as follows: (1) "Reimbursement Fees: $**850.00**" changed to "Reimbursement Fees: $**425.00**," (2) "Fines: $**850.00**" changed to "Fines: $**0.00**," and (3) "Plea to Motion to Adjudicate: **TRUE**" changed to "Plea to Motion to Adjudicate: **NOT TRUE TO ALLEGATION 1; TRUE TO ALLEGATION 2**." As modified, we affirm the judgment of the trial court.

We note that the appellant, Keith Bechurn Taylor, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED SEPTEMBER 5, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk